# EXHIBIT 4

# Service categories available to Google Workspace for Education Users

Google Workspace for Education offers the following categories of Google services:;

- Google Workspace Services  which include Core Services (like Gmail, Google Calendar, and Classroom) and other services (like Appsheet and Read Along), are designed to help you create, communicate and collaborate. These Workspace Services are covered under the Google Workspace for Education Terms of Service 

- Additional Services (like YouTube, Google Maps, and Applied Digital Skills) are designed for consumer users and can optionally be used with Google Workspace for Education accounts if allowed for educational purposes by a school's domain administrator.

Google Workspace for Education administrators decide which Google services their users can access. Admins must provide or obtain consent for the use of the services by their minor users. When a school obtains appropriate consent, users can access some Additional Services without age restrictions.



Google Workspace for Education Addit…

## Control access to Google services by age

Google Workspace for Education admins can set access to some Google services based on age. If admins don't identify users that are 18 and over:

- All users in primary or secondary institutions default to under 18 and get a restricted experience in some Google services.
- Users under the age of 18 also lose access to certain services.
- Higher education institutions have no default age-based restrictions. However, admins in those organizations are required to identify any users under the age of 18.
- Services without an On or Off control are set to **Restricted** for users not designated as over 18. You can't change this setting for those users.

For more details, go to Control access to Google services by age.

## Privacy

For users in primary or secondary (K–12) schools, Google does not use any personal information (or any information associated with a Google Account) to target ads. For details on how Google collects and uses information with Google Workspace for Education accounts, refer to the Google Workspace for Education Privacy Notice  .

The Core Services are provided for educational use under a school's Google Workspace for Education Agreement  and Data Processing Amendment  (if this amendment is accepted by the school).

The Google Terms of Service  and Privacy Policy  governs most Additional Google services. However, some services have their own specific terms. The following chart highlights some differences between core and additional services.

| Services | Workspace Services including Core & Other Services | Additional Google services |
|---|---|---|
| Terms | Google Workspace for Education Privacy Notice ↗ | |
| | Google Workspace for Education Terms of Service ↗ and Cloud Data Processing Addendum ↗ | Google Terms of Service ↗ and Privacy Policy ↗, Additional Product Terms ↗ and information on turning each Additional Services on or off |
| Data use | User personal information is used only to provide the Service. | Information can be used to provide, maintain, protect and improve additional services, and to develop new ones. |
| Ads | • No ads in Workspace Services<br>• No Customer Data is used for advertising purposes. | • Additional services may show ads.<br>• No customer data is used for advertising purposes. |
| Security | Core Services are audited by third-party, independent organizations (such as ISO 27001, 27017, and 27018) and meet multiple international standards. | All additional services meet Google's high standards for information security ↗. |
| Sharing limitations | • Google does not share customer data in Workspace Services with third parties, except in the limited circumstances Google Workspace for Education Privacy Notice ↗ (such as with consent or when required by law).<br>• The Google Workspace agreement's confidentiality clause also limits how customer data in the Workspace Services can be shared with third parties. | Google does not share personal information with third parties, except in the limited circumstances outlined in our Privacy Policy ↗ (such as with consent or when required by law). |

When Google adds new services in your Google Admin console, you can have them immediately turned on for users. Or you can have new services initially turned off, then decide for yourself when to turn them on. Learn more

## Related topics

• Google Workspace Terms of Service
• Additional Product Terms ↗
• Turn on or off additional Google services
• Communicating with Parents and Guardians about Google Workspace for Education
• Turn on or off new services by default

---

Need more help?
Try these next steps:



**Post to the help community**
Get answers from community members



**Contact us**
Tell us more and we'll help you get there