# EXHIBIT 5

7/11/25, 11:17 PM  Google Workspace Updates: Google Classroom add-ons now generally available to Google Workspace developers

Case 3:25-cv-03125-RS    Document 31-7    Filed 07/14/25    Page 2 of 6

# Google Workspace Updates

This official feed from the Google Workspace team provides essential information about new features and improvements for Google Workspace customers.

# Google Classroom add-ons now generally available to Google Workspace developers

Monday, June 24, 2024

## What's changing

In 2022, we made it easy to seamlessly access popular Education Technology tools directly in Google Classroom. We partnered with 20+ EdTech companies, including Kahoot!, Pear Deck, IXL, ReadWorks, and Nearpod, to build Google Classroom add-ons. These new integrations let educators and students easily find, use, and grade great content in their favorite EdTech tools without having to navigate to external websites and apps.

Today, we're excited to make Classroom add-ons generally available to all developers. Now, developers can build an add-on to allow teachers to do the following within Classroom:

- Discover and attach content to coursework
- Preview content from student perspective
- Review student responses to activities
- Save time with automatic grading of student responses



## Who's impacted

Admins, end users, and developers

## Why it's important

Add-ons complement other Classroom API features and let educators and students experience content without having to leave Google Classroom. In addition, Classroom add-ons show up directly in Google Classroom as well on the Google Workspace Marketplace, which is the hub for administrators to manage tools across all of their Google products.

## Getting started

- **Admins:**
    - District admins must enable access to add-ons in order for educators to use these features. Visit the Help Center

7/11/25, 11:17 PM  Google Workspace Updates: Google Classroom add-ons now generally available to Google Workspace developers

Case 3:25-cv-03125-RS    Document 31-7    Filed 07/14/25    Page 5 of 6

to learn more about [installation instructions for setting up the add-ons feature and individual add-ons for a domain, OU, or group.](#)

- Once you've set up add-ons, your district can use this [professional development kit](#), which includes a [presentation](#) and [lesson plan](#), to train educators on how to get started with add-ons.

- **Developers:** All developers can now build a Classroom add-on. Learn how to get started using the Developer Documentation [here](#).

- **Educators:**

  - Browse the [Google Workspace Marketplace](#) or [Google for Education App Hub](#) to find and install add-ons that you can install for yourself.
  
  - Once you or an administrator has installed an add-on, you will see an "add-ons" module when creating Announcements, Assignments, or Materials. Select one of the listed providers to launch their add-on. Visit the Help Center to learn more about [using add-ons in Classroom.](#)

## Rollout pace

- This feature is now available

## Availability

Available for Google Workspace:

- Education Plus and the Teaching & Learning Upgrade

## Resources

7/11/25, 11:17 PM  Google Workspace Updates: Google Classroom add-ons now generally available to Google Workspace developers

Case 3:25-cv-03125-RS    Document 31-7    Filed 07/14/25    Page 6 of 6

- Google Workspace Admin Help: Install and allowlist Classroom add-ons
- Google Help: Use add-ons in Classroom
- Developer Documentation: Classroom add-ons



Labels: Developer , Google Classroom , Other



Google  ·  Privacy  ·  Terms  ·  Select Language ▼