**PERKINS COIE LLP**
Sunita Bali (Bar No. 274108)
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Anna Mouw Thompson (*Pro Hac Vice*)
*AnnaThompson@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant GOOGLE LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case. No. 3:25-cv-03125-RS<br><br>**STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Date:　　　October 16, 2025<br>Time:　　　1:30 p.m.<br>Location:　Courtroom 3, 17th Floor<br>Judge:　　Hon. Richard Seeborg |

# STIPULATION

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Joel Schwarz, on behalf of his minor child, B.S., Emily Dunbar, on behalf of her minor child H.D., and Michael Gridley and Elizabeth Gridley, on behalf of their minor children A.G. and Z.G. ("Plaintiffs"), and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their attorneys of record, hereby agree and stipulate as follows:

1. WHEREAS, Google filed its Motion to Dismiss on July 14, 2025, and set it for hearing on October 16, 2025, at 1:30 p.m. (ECF No. 31);

2. WHEREAS, the Parties have agreed to extend Plaintiffs' deadline to file an opposition brief to August 28, 2025, and Google's deadline to file a reply brief to September 29, 2025;

3. WHEREAS, the only other extension requested in this action is the Parties' Stipulation to Extend Time to Respond to Complaint, wherein the deadline for Google to answer or otherwise respond to the Complaint was extended from May 14, 2025 to July 14, 2025 (ECF No. 14); and

4. WHEREAS, the requested extension will not alter the date of any event or deadline currently fixed by the Court.

5. **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, that the following briefing schedule be entered for Google's Motion to Dismiss:

   a. Plaintiffs shall file their Opposition to Google's Motion to Dismiss on or before August 28, 2025; and

   b. Google shall file its Reply in Support of its Motion to Dismiss on or before September 29, 2025.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: July 21, 2025 | **PERKINS COIE LLP** |
| | By: */s/ Sunita Bali* |
| | Sunita Bali (Bar No. 274108) |
| | Lauren J. Tsuji (Bar No. 300155) |
| | Anna Mouw Thompson (*Pro Hac Vice*) |
| | *Attorneys for Defendant Google LLC* |
| Dated: July 21, 2025 | |
| | By: */s/ Rebecca A. Peterson* |
| Julie U. Liddell (*Pro Hac Vice*) | Rebecca A. Peterson (Bar No. 241858) |
| julie.liddell@edtech.law | RPeterson@4-justice.com |
| W. Andrew Liddell (*Pro Hac Vice*) | **GEORGE FELDMAN MCDONALD, PLLC** |
| andrew.liddell@edtech.law | 1650 West 82nd Street, Suite 880 |
| **EDTECH LAW CENTER, PLLC** | Bloomington, MN 55431 |
| P.O. Box 300488 | Tel.: (612) 778-9595 |
| Austin, Texas 78705 | Fax: (888) 421-4173 |
| Tel.: (737) 351-5855 | |
| | David George (*Pro Hac Vice* Forthcoming) |
| Daniel E. Gustafson (*Pro Hac Vice* Forthcoming) | DGeorge@4-Justice.com |
| dgustafson@gustafsongluek.com | Brittany Sackrin (*Pro Hac Vice* Forthcoming) |
| Catherine Sung-Yun Smith (*Pro Hac Vice*) | **GEORGE FELDMAN MCDONALD, PLLC** |
| csmith@gustafsongluek.com | 9897 Lake Worth Road, Suite #302 |
| Shashi K. Gowda (*Pro Hac Vice*) | Lake Worth, FL 33467 |
| sgowda@gustafsongluek.com | Tel.: (561) 232-6002 |
| **GUSTAFSON GLUEK, PLLC** | Fax: (888) 421-4173 |
| Canadian Pacific Plaza | |
| 120 South 6th Street, Suite 2600 | Lori G. Feldman (*Pro Hac Vice*) |
| Minneapolis, MN 55402 | LFeldman@4-justice.com |
| Tel.: (612) 333-8844 | Michael Liskow (Bar No. 243899) |
| Fax: (612) 339-6622 | MLiskow@4-Justice.com |
| | **GEORGE FELDMAN MCDONALD, PLLC** |
| | 745 Fifth Avenue, Suite 500 |
| | New York, NY 10151 |
| | Tel.: (917) 983-9321 |
| | Fax: (888) 421-4173 |
| | *Attorneys for Plaintiffs* |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ *Sunita Bali*
Sunita Bali

# [PROPOSED] ORDER GRANTING STIPULATION ON MOTION TO DISMISS BRIEFING SCHEDULE

The Court, having reviewed the Parties' Stipulation on Motion to Dismiss Briefing Schedule, hereby GRANTS the Stipulation. Pursuant to the Stipulation:

a. Plaintiffs shall file their Opposition to Google's Motion to Dismiss on or before August 28, 2025; and

b. Google shall file its Reply in Support of its Motion to Dismiss on or before September 29, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Richard Seeborg