Rebecca A. Peterson (241858)
RPeterson@4-justice.com
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173

Lori G. Feldman (*pro hac vice* forthcoming)
LFeldman@4-justice.com
Michael Liskow (SBN 243899)
MLiskow@4-Justice.com
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel.: (718) 878-6433
Fax: (888) 421-4173

David J. George (*pro hac vice* forthcoming)
DGeorge@4-justice.com
Brittany Sackrin (*pro hac vice* forthcoming)
BSackrin@4-Justice.com
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel.: (561) 232-6002
Fax: (888) 421-4173
**GEORGE FELDMAN MCDONALD, PLLC**

Julie U. Liddell (*pro hac vice*)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice* forthcoming)
andrew.liddell@edtech.law
P.O. Box 300488
Austin, Texas 78705
Tel.: (737) 351-5855
**EDTECH LAW CENTER PLLC**

Daniel E. Gustafson (*pro hac vice* forthcoming)
dgustafson@gustafsongluek.com
Catherine Sung-Yun K. Smith (*pro hac vice forthcoming)*
csmith@gustafsongluek.com
Shashi K. Gowda (*pro hac vice* forthcoming)
sgowda@gustafsongluek.com
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel.: (612) 333-8844
Fax: (612) 339-6622
**GUSTAFSON GLUEK, PLLC**

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Civ. No. 3:25-cv-03125-RS

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Date: October 16, 2025
Time: 1:30 p.m.
Court: Courtroom 3, 17th Floor
Judge: Hon. Richard Seeborg

## I. REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, and in connection with their Opposition to Defendant Google LLC's ("Google") Motion to Dismiss Plaintiffs' Class Action Complaint, Plaintiffs respectfully request that the Court take judicial notice of the following exhibits attached to the Declaration of Julie U. Liddell in Support of Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint:

(1) **Exhibit 1** is a true and correct copy of a July 2020 business guide entitled "Complying with COPPA: Frequently Asked Questions," which is available at the Federal Trade Commission's website at https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions#Schools.

(2) **Exhibit 2** is a true and correct copy of the Brief for Amicus Curiae Federal Trade Commission in Support of Appellees filed by the Federal Trade Commission in *Shanahan v. IXL Learning, Inc*., No. 24-6985 (9th Cir.), on August 13, 2025, which is available at the Federal Trade Commission's website at https://www.ftc.gov/system/files/ftc_gov/pdf/ShanahanAmicusBriefFiled.pdf.

These items are subject to judicial notice because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned," and Plaintiffs supply the Court "with the necessary information" herein. Fed. R. Evid. 201(b)(2) & (c)(2). These items may be accessed on the official website of the Federal Trade Commission. *See In re Silver Lake Grp., LLC Securities Litig*., 108 F.4th 1178, 1185 n.3 (9th Cir. 2024) (taking judicial notice of document "publicly available on the FCC website"); *Perkins v. LinkedIn Corp*., 53 F. Supp. 3d 1190, 1204 (N.D. Cal. June 12, 2014) (publicly accessible websites are proper subjects of judicial notice when ruling on a motion to dismiss).

## II. RESPONSE TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

Plaintiffs do not oppose Defendant's Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Class Action Complaint. Plaintiffs note that, while a court generally "may assume an incorporated document's contents are true for purposes of a motion to dismiss under Rule 12(b)(6)," it may not "assume the truth of an incorporated document if such assumptions only serve

to dispute facts stated in a well-pleaded complaint." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018); *see* Defendant's Motion at 3, 4, 9, 10, 16, 21 (citing its own exhibits to dispute the veracity of Plaintiffs' allegations).

## III. CONCLUSION

Plaintiffs respectfully request that the Court grant their Request for Judicial Notice and limit consideration of Defendant's exhibits as required under applicable law.

Dated: August 28, 2025

Respectfully submitted,

By: ______________________________

Julie U. Liddell (*pro hac vice*)
julie.liddell@edtech.law
W. Andrew Liddell (*pro hac vice* forthcoming)
andrew.liddell@edtech.law
**EdTech Law Center PLLC**
P.O. Box 300488
Austin, Texas 78705
Tel.: (737) 351-5855

Daniel E. Gustafson (*pro hac vice* forthcoming)
dgustafson@gustafsongluek.com
Catherine Sung-Yun Smith (*pro hac vice forthcoming)*
csmith@gustafsongluek.com
Shashi K. Gowda (*pro hac vice* forthcoming)
sgowda@gustafsongluek.com
**Gustafson Gluek, PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel.: (612) 333-8844
Fax: (612) 339-6622

Rebecca A. Peterson (241858)
RPeterson@4-justice.com
**George Feldman McDonald, PLLC**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173

David George (*pro hac vice* forthcoming)
DGeorge@4-Justice.com
Brittany Sackrin (*pro hac vice* forthcoming)
**George Feldman McDonald, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel.: (561) 232-6002
Fax: (888) 421-4173

Lori G. Feldman (*pro hac vice* forthcoming)
LFeldman@4-justice.com
Michael Liskow (SBN 243899)
MLiskow@4-Justice.com
**George Feldman McDonald, PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel.: (718) 878-6433
Fax: (888) 421-4173

*Counsel for Plaintiffs and the Proposed Class*