**PERKINS COIE LLP**
Sunita Bali (Bar No. 274108)
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Anna Mouw Thompson (*Pro Hac Vice*)
*AnnaThompson@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Attorneys for Defendant GOOGLE LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:25-cv-03125-RS

**SECOND DECLARATION OF SUNITA BALI IN SUPPORT OF GOOGLE LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

Date: October 16, 2025
Time: 1:30 p.m.
Location: Courtroom 3, 17th Floor
Judge: Hon. Richard Seeborg

I, Sunita Bali, declare as follows:

I am a partner at the law firm of Perkins Coie LLP and one of the attorneys representing Defendant Google LLC ("Google") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

1. Attached as **Exhibit A** is a true and correct copy of a July 2020 business guide entitled "Complying with COPPA: Frequently Asked Questions," which is available at the Federal Trade Commission's website at https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions#Schools.

2. Attached as **Exhibit B** is a true and correct copy of a January 2015 Federal Trade Commission guide entitled "Testing, testing: A review session on COPPA and schools," which is available at the Federal Trade Commission's website at https://www.ftc.gov/business-guidance/blog/2015/01/testing-testing-review-session-coppa-schools.

3. Attached as **Exhibit C** is a true and correct copy of an April 2020 Federal Trade Commission guide entitled "COPPA Guidance for Ed Tech Companies and Schools during the Coronavirus," which is available at the Federal Trade Commission's website at https://www.ftc.gov/business-guidance/blog/2020/04/coppa-guidance-ed-tech-companies-schools-during-coronavirus.

4. Attached as **Exhibit D** is a true and correct copy of a May 2022 Federal Trade Commission policy statement entitled, "Policy Statement of the Federal Trade Commission on Education Technology and the Children's Online Privacy Protection Act," which is available at the Federal Trade Commission's website at https://www.ftc.gov/legal-library/browse/policy-statement-federal-trade-commission-education-technology-childrens-online-privacy-protection

5. Attached as **Exhibit E** is a true and correct copy of the complaint in the FTC enforcement action: *United States v. Edmodo, LLC*, Case No. 3:23-cv-02495 (N.D. Cal. May 22, 2023), which is available at https://www.ftc.gov/system/files/ftc_gov/pdf/edmodocomplaintfiled.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2025 in Oakland, California.

By: *\/s/ Sunita Bali*
Sunita Bali