**PERKINS COIE LLP**
Sunita Bali (Bar No. 274108)
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Anna Mouw Thompson (*Pro Hac Vice*)
*AnnaThompson@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Defendant GOOGLE LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>               Defendant. | Case. No. 3:25-cv-03125-RS<br><br>**STIPULATION TO CONTINUE HEARING ON GOOGLE LLC'S MOTION TO DISMISS**<br><br>(Civil L.R. 6-2 and 7-12)<br><br>Current Hearing Date: October 16, 2025<br><br>Proposed Hearing Date: October 23, 2025 |

## **STIPULATION**

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Joel Schwarz, on behalf of his minor child, B.S., Emily Dunbar, on behalf of her minor child H.D., and Michael Gridley and Elizabeth Gridley, on behalf of their minor children A.G. and Z.G. ("Plaintiffs"), and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their attorneys of record, hereby agree and stipulate as follows:

1. WHEREAS, Google filed its Motion to Dismiss ("Motion") on July 14, 2025 (Dkt. 31);

2. WHEREAS, Plaintiffs filed their Opposition to Google's Motion on August 28, 2025 (Dkt. 37);

3. WHEREAS, Google filed its Reply in support of its Motion on September 29, 2025 (Dkt. 38);

4. WHEREAS, the hearing on Google's Motion is currently scheduled for October 16, 2025;

5. WHEREAS, due to an unforeseen scheduling conflict that has arisen for Google's counsel, the Parties have agreed to reschedule the hearing to October 23, 2025;

6. WHEREAS, the Parties previously stipulated to an extension of Google's deadline to respond to the Complaint (Dkt. 13);

7. WHEREAS, this Court previously granted the Parties' stipulation extending Plaintiffs' deadline to file an opposition to Google's Motion and Google's deadline to file a reply in support of its Motion (Dkt. 34); and

8. WHEREAS, this extension will not alter the date of any other event or deadline already fixed by the Court.

9. **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that Google's Motion shall be heard on October 23, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard by this Court.

IT IS SO STIPULATED.

Dated:  September 29, 2025         **PERKINS COIE LLP**

By: */s/ Sunita Bali*
    Sunita Bali (Bar No. 274108)
    Lauren J. Tsuji (Bar No. 300155)
    Anna Mouw Thompson (*Pro Hac Vice*)

*Attorneys for Defendant Google LLC*

Dated: September 29, 2025

By: *s/ Rebecca A. Peterson*

| | |
|---|---|
| Julie U. Liddell (*Pro Hac Vice*) | Rebecca A. Peterson (Bar No. 241858) |
| julie.liddell@edtech.law | RPeterson@4-justice.com |
| W. Andrew Liddell (*Pro Hac Vice*) | **GEORGE FELDMAN MCDONALD, PLLC** |
| andrew.liddell@edtech.law | 1650 West 82nd Street, Suite 880 |
| **EDTECH LAW CENTER, PLLC** | Bloomington, MN 55431 |
| P.O. Box 300488 | Tel.: (612) 778-9595 |
| Austin, Texas 78705 | Fax: (888) 421-4173 |
| Tel.: (737) 351-5855 | |
| | David George (*Pro Hac Vice* Forthcoming) |
| Daniel E. Gustafson (*Pro Hac Vice* Forthcoming) | DGeorge@4-Justice.com |
| dgustafson@gustafsongluek.com | Brittany Sackrin (*Pro Hac Vice* Forthcoming) |
| Catherine Sung-Yun Smith (*Pro Hac Vice*) | **GEORGE FELDMAN MCDONALD, PLLC** |
| csmith@gustafsongluek.com | 9897 Lake Worth Road, Suite #302 |
| Shashi K. Gowda (*Pro Hac Vice*) | Lake Worth, FL 33467 |
| sgowda@gustafsongluek.com | Tel.: (561) 232-6002 |
| **GUSTAFSON GLUEK, PLLC** | Fax: (888) 421-4173 |
| Canadian Pacific Plaza | |
| 120 South 6th Street, Suite 2600 | Lori G. Feldman (*Pro Hac Vice*) |
| Minneapolis, MN 55402 | LFeldman@4-justice.com |
| Tel.: (612) 333-8844 | Michael Liskow (Bar No. 243899) |
| Fax: (612) 339-6622 | MLiskow@4-Justice.com |
| | **GEORGE FELDMAN MCDONALD, PLLC** |
| | 745 Fifth Avenue, Suite 500 |
| | New York, NY 10151 |
| | Tel.: (917) 983-9321 |
| | Fax: (888) 421-4173 |

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s Sunita Bali*
Sunita Bali