UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case. No. 3:25-cv-03125-RS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON GOOGLE LLC'S MOTION TO DISMISS**<br><br>(Civil L.R. 6-2 and 7-12)<br><br>Current Hearing Date: October 16, 2025<br><br>Proposed Hearing Date: October 23, 2025 |

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON GOOGLE'S MOTION TO DISMISS**

The Court, having reviewed the Parties' Stipulation to Continue the Hearing on Google's Motion to Dismiss, and finding good cause therefor, hereby GRANTS the Stipulation. The hearing on Google's Motion to Dismiss shall be continued from October 16, 2025, to October 23, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard by this Court.

**IT IS SO ORDERED.**

Dated: ___________________, 2025

___________________________________

The Honorable Richard Seeborg