**PERKINS COIE LLP**
Sunita Bali (Bar No. 274108)
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:  +1.415.344.7000
Facsimile:  +1.415.344.7050

Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Anna Mouw Thompson (*Pro Hac Vice*)
*AnnaThompson@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone:  +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Defendant GOOGLE LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:25-cv-03125-RS<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON GOOGLE LLC'S MOTION TO DISMISS**<br><br>(Civil L.R. 6-2 and 7-12)<br><br>Current Hearing Date: October 16, 2025<br><br>Proposed Hearing Date: October 23, 2025 |

I, Sunita Bali, declare as follows:

1. I am a partner at the law firm of Perkins Coie LLP and one of the attorneys representing Defendant Google LLC ("Google") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. I am lead counsel for Google and plan to present oral argument at the hearing on its Motion to Dismiss ("Motion").

3. The hearing on Google's Motion is currently scheduled for October 16, 2025, but due to an unforeseen and unmovable scheduling conflict that has arisen, I am no longer available on this date.

4. I have discussed this scheduling conflict with counsel for Plaintiffs and confirmed that both parties are available on October 23, 2025, and agree to continue the hearing to that date.

5. The Parties previously stipulated to an extension of Google's deadline to respond to the Complaint (Dkt. 13).

6. This Court previously granted the Parties' stipulation extending Plaintiffs' deadline to file an opposition to Google's Motion and Google's deadline to file a reply in support of its Motion (Dkt. 34).

7. This extension will not alter the date of any other event or deadline already fixed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2025 in Oakland, California.

By: */s/ Sunita Bali*
Sunita Bali