**PERKINS COIE LLP**
Sunita Bali (Bar No. 274108)
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Anna Mouw Thompson (*Pro Hac Vice*)
*AnnaThompson@perkinscoie.com*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Defendant GOOGLE LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:25-cv-03125-RS<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Judge:  Hon. Richard Seeborg |

I, Sunita Bali, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP and one of the attorneys representing Defendant Google LLC ("Google") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. I submit this declaration in support of Google's Administrative Motion to Consider Whether Cases Should be Related under Civil Local Rules 3-12 and 7-11, which requests that *Schwarz et al v. Google LLC*, No. 25-cv-03125-RS (N.D. Cal.) and *Roe et al. v. Google LLC*, No. 3:25-cv-08927-AMO (N.D. Cal.) be deemed related and that *Roe* be reassigned to Judge Seeborg who is presiding over *Schwarz*.

3. Before filing this motion, our firm asked Plaintiffs' counsel, Julie Liddell and Rebecca Peterson, whether Plaintiffs would stipulate to the requested relief. They informed us that Plaintiffs oppose this motion. Accordingly, Google was not able to obtain a stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of December, 2025 in Oakland, California.

By: */s/ Sunita Bali*
Sunita Bali