HECHT PARTNERS LLP
Rebecca A. Peterson (241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173
E-mail: rpeterson@hechtpartners.com

EDTECH LAW CENTER PLLC
Julie U. Liddell (*Pro Hac Vice*)
W. Andrew Liddell (*Pro Hac Vice*)
P.O. Box 300488
Austin, TX 78705
Tel.: (737) 351-5855
E-mail: julie.liddell@edtech.law
andrew.liddell@edtech.law

*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOEL SCHWARZ, on behalf of his minor child B.S., EMILY DUNBAR, on behalf of her minor child H.D., and MICHAEL GRIDLEY and ELIZABETH GRIDLEY, on behalf of their minor children A.G. and Z.G., individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No. 3:25-cv-03125-RS

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE A STATEMENT OF RECENT AUTHORITY**

Judge: Hon. Richard Seeborg

PLEASE TAKE NOTICE that, pursuant to Northern District of California Civil Local Rule 7-3(d), Plaintiffs respectfully request leave to submit a Statement of Recent Authority of *Shanahan v. IXL Learning, Inc.*, No. 24-6985, D.C. No. 3:24-cv-02724-RFL (9th Cir., April 13, 2026). This Supplemental Authority is in support of Plaintiffs' Opposition to Defendant Google LLC's Motion to Dismiss the Plaintiffs' Class Action Complaint (Dkt. No. 37) which is under submission. The Order is attached hereto as Exhibit 1 (*Shanahan v. IXL Learning, Inc.*).

Dated: April 16, 2026

By: */s/ Rebecca A. Peterson*

Rebecca A. Peterson (241858)

**HECHT PARTNERS LLP**

1650 West 82nd Street, Suite 880

Bloomington, MN 55431

Tel.: (612) 778-9595

Fax: (888) 421-4173

E-mail: rpeterson@hechtpartners.com

**EDTECH LAW CENTER PLLC**
Julie U. Liddell
W. Andrew Liddell
904 Rio Grande Street, Suite 100
Austin, TX 78701
Tel.: (737) 351-5855
E-mail: julie.liddell@edtech.law
andrew.liddell@edtech.law

**HECHT PARTNERS LLP**
David Geroge
Brittany Sackrin
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Tel.: (561) 232-6002
Fax: (888) 421-4173
E-mail: dgeorge@hechtpartners.com
bsackrin@hechtpartners.com

**HECHT PARTNERS LLP**
Lori G. Feldman
Michal Liskow (243899)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821
Fax: (888) 421-4173
E-mail: lfeldman@hechtpartners.com
mliskow@hechtpartners.com

**GUSTAFSON GLUEK, PLLC**
Daniel E. Gustafson
Catherine Sung-Yun Smith
Shashi K. Gowda
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel.: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
sgowda@gustafsongluek.com

***Counsel for Plaintiffs and the Proposed Class***